No. 93–8444. HUDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8448. SIMMONS *v.* MURRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8449. ELZAATARI, AKA MCCONNELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8451. FERRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8452. FITZHERBERT *v.* UNITED STATES; and
No. 93–8453. FITZHERBERT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8456. DIAZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8457. ACOSTA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8459. FURMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8469. AHAMEFULE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8475. TURNBULL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8476. WHITEHEAD ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8488. KENNEDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8489. KIDD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8493. KRAMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8498. HERRING *v.* MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.